IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>PAUL CHISAMORE and<br>ALEX CHISAMORE,<br><br>  Defendants.<br>_____ | No. CR-14-00091 EJD<br><br>STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Monday, October 20, 2014, shall be continued to Monday, December 1, 2014, at 1:30 p.m.

It is further ordered that the time through and including December 1, 2014, shall be excluded from the computation of time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: October  17 , 2014

_____
HON. EDWARD J. DAVILA
United States District Judge

[Proposed] Order Excluding Time
CR 14-00091 EJD                                                      1